RECEIVED
JAN 21 2020
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

# LAW OFFICES
# JOHN S. WALLENSTEIN
1100 Franklin Avenue, Suite 305
Garden City, New York 11530
(516) 742-5600   Fax (516) 742-5040
Email: JSWallensteinEsq@outlook.com

January 21, 2020

**BY ECF**
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

    Re:    United States v. Frank Maxwell
           Docket # 19 CR 211 (VB)

Dear Judge Briccetti,

    This matter is currently scheduled for sentencing on February 6, 2020. In order to permit the parties to provide appropriate submissions and to resolve a legal issue, we respectfully request that the sentencing be adjourned until March 18, 2020 at 11:30 A.M.

    I have discussed this request with AUSA Chris Brumwell and the Government has no objection. Your chambers confirms the Court's availability.

    Thank you for your courtesy and consideration.

                                  Respectfully yours,

                                  JOHN S. WALLENSTEIN, ESQ.
                                Digitally signed by JOHN S. WALLENSTEIN, ESQ.
                                Date: 2020.01.21 12:01:43 -05'00'

                                JOHN S. WALLENSTEIN

JSW/hs

---

APPLICATION GRANTED
SO ORDERED:

/s/ VLB

Vincent L. Briccetti, U.S.D.J.
Dated: 1/21/20
White Plains, NY

Sentencing adjourned to 3/18/20 at 11:30 a.m.