# LAW OFFICES
# JOHN S. WALLENSTEIN
# 1100 Franklin Avenue, Suite 305
# Garden City, New York 11530
# (516) 742-5600 Fax (516) 742-5040
# Email: JSWallensteinEsq@outlook.com

May 12, 2020

**BY ECF**
Hon. Vincent Briccetti
United States District Court, SDNY
300 Quarropas Street
White Plains, New York 10601

> APPLICATION GRANTED
> Sentencing is adjourned to 8/27/2020 at 10:30 a.m.
> SO ORDERED:
>
> _____
> Vincent L. Briccetti, U.S.D.J.
> 5/13/2020

    Re:   United States v. Frank Maxwell
           Docket # 19 CR 211 (VB)

Dear Judge Briccetti,

    This matter is currently scheduled for sentencing on May 27, 2020. Obviously, there will be no in-person prceedings at that time. I have spoken with Mr. Maxwell, and he does not consent to a remote proceeding for the sentencing hearing; he insists upon his right to be physically present. Therefore, we respectfully request that the sentencing be adjourned until an appropriate date in August, when we hope that court appearances will have resumed.

    I have discussed this matter with AUSA Chris Brumwell and the Government has no objection.

    Thank you for your courtesy and consideration.

                              Respectfully yours,

                              JOHN S. WALLENSTEIN, ESQ.
*Digitally signed by JOHN S. WALLENSTEIN, ESQ. Date: 2020.05.12 15:50:14 -04'00'*

                              JOHN S. WALLENSTEIN

JSW/hs