UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
_USA_,
            Plaintiff(s),

v.

_Frank Maxwell_
            Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

19 CR 211-2 (VB)

   **PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled/~~ re-scheduled for:

___ Status conference                 ___ Final pretrial conference

___ Telephone conference          ___ Jury selection and trial

___ Pre-motion conference         ___ Bench trial

___ Settlement conference         ___ Suppression hearing

___ Oral argument                       ___ Plea hearing

___ Bench ruling on motion        _✓_ Sentencing

on __9-2__, 20_20_, at __2:15 PM__, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from __8/27/20__.

   **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __8-19__, 20_20_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge