

MEMORANDUM ENDORSEMENT

United States v. Frank Maxwell
19 CR 211-2 (VB)

In the attached letter, dated September 25, 2020, the defendant, who was sentenced on September 2, 2020, and who has filed an appeal, does not appear to be seeking any relief from this Court at this time. Moreover, the Court cannot provide legal advice to a party in a case. To ensure a complete record, the Court will docket this memorandum endorsement and the attached letter, and mail a copy of same to the defendant at:

Frank Maxwell
201904258
110 Wells Farm Road
Goshen, NY 10924.

Dated: October 9, 2020
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

19CR211-2

9/25/20

Judge Briccetti

I was sentenced before you on 9/4/20. I'm not sure what I can do about my lawyer not telling me everything I needed to know about my case. I've been in Valhalla and Orange County jails and I don't have those jails set for federal inmates. So I had to rely on what my lawyer John S. Wallenstein told me. He set up harsh conditions I've been in considering I haven't been able to take programs that are at MCC3 MDC. I was told by my lawyer I would not be a career offender, that the laws were on my side. I have the letter which he stated that to. I never knew the DA had wrote a report to you until I came to court on 9/4/20. I never had a copy of it to read myself. My lawyer skip through it for 5 min before court. I asked for my sentencing to be rebriefed and was told he can get me to order. I have no money here and I do not feel I don't have a good lawyer that. I feel I don't have a good lawyer and was expanded to what can I do to make a complaint about. I was also told by him if I was to be a career offender he would appeal. If I got more than 60 months he would appeal but when I got sentence he told me not to appeal. I feel I was miss lead by this man and he never did nothing for me. He never once spoke for me. Never told me how I worked within the kids at the M.V.P. camp in White Plains. Not how I was doing security at Club 11 in Port Chester & Stamford CT. All of this he told him. By me not being able to study my case or have knowledge on federal laws I was treated unfair, not by you. I am okay with

the time I was sentence to. I now understand what the law is but my lawyer didn't do as he told me.

9/26/20 - I got a letter today from my lawyer in response to the letter I sent him about me not being happy with how he handled my case. He took upon himself to file a Notice of Appeal - I never asked him to do so and it's not what I wanted. I told him in my letter I want nothing to do with him and this is what he does. I wrote clear as day, "If I was to want an Appeal how could I do it with a lawyer like him", and told him not to contact me and I want contact him. Now he tell me he can get my sentencing reduced because he filed for an appeal. Again I don't want to Appeal what you did. My complaint is about the lawyer who said by law I was not a career offender but as it was told in court by law I am. How can I have had a lawyer who don't know the law? Also who now file for Appeals without me wanting one. I just want to know is there a law I can make him know that John S. Wallenstein is leading his clients in the wrong direction. Remember June of 2019 he came to see me in Valhalla and brings a gun specialist to see me and I didn't even have a gun charge. Thank you for your time on/on this problem I have.

Thank You,

Frank Maxwell
Frank Maxwell